F:\MMM\PLDG\1693-625.po-stay.docx

**DANIELS, FINE, ISRAEL,**
**SCHONBUCH & LEBOVITS, LLP**
MAUREEN M. MICHAIL, ESQ. (SBN 185097)
1801 Century Park East, 9th Floor
Los Angeles, CA 90067
310-556-7900 Telephone
Michail@dfis-law.com

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF, LLP**
DAVID M. KRUEGER (0085072)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
216-363-4500 Telephone
dkrueger@beneschlaw.com
*Attorneys for Defendant USAA Savings Bank*

**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd, Suite 880
Los Angeles, CA 91436
818-200-1497 Telephone
matt@westgatelaw.com
*Attorneys for Plaintiff Tyto Hernandez*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYTO HERNANDEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>USAA SAVINGS BANK,<br><br>  Defendant. | CASE NO. 2:17-cv-02170-FMO-E<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS** |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS
Case No. 2:17-cv-02170-FMO-E

Pursuant to the Stipulation of the parties, and upon good cause shown, the Court **GRANTS** the Joint Stipulation to Stay Proceedings pending the United States Court of Appeals for the D.C. Circuit's decision in *ACA Int'l v. FCC*, Appeal No. 15-1211 (D.D. Circuit) (filed on Oct. 13, 2015).

Defendant shall confer with Plaintiff and file a status report advising the Court of the outcome of the decision from the United States Court of Appeals for the D.C. Circuit in *ACA Int'l* within 14 days from the date of the decision. The status report shall include the parties' position as to how this Court should proceed. All dates on the Court's calendar are hereby vacated and will be reset as necessary. The Clerk shall administratively close the case until further order of the court.

IT IS SO ORDERED.

Date: May 22, 2017

/s/
Hon. Fernando M. Olguin
United States District Judge

# PROOF OF SERVICE

State of California     )
County of Los Angeles   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On May 18, 2017, I served the within document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

☐ **BY PERSONAL SERVICE** I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

☐ **BY OVERNIGHT DELIVERY SERVICE** I caused such envelope to be deposited with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most, within two court days of the above date.

[XXX] **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Pursuant to the Local Rules of the U.S. District Court, Central District of California, Local Rule 6-1, all documents shall be served on each of the parties electronically, unless excepted from electronic filing. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XXX] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 18, 2017, at Los Angeles, California.

_____
Christine E. Tucker

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS
Case No. 2:17-cv-02170-FMO-E

# SERVICE LIST

Matthew A. Rosenthal, Esq.
Westgate Law
15760 Ventura Boulevard
Suite 880
Los Angeles, California 91436
Tel.: (818) 200-1497
Email: matt@westgatelaw.com
***Attorneys for Plaintiff TYTO HERNANDEZ***

Courtesy Copy
David M. Krueger, Esq.
Benesch, Friedlander,
Coplan & Aronoff, LLP
200 Public Square
Suite 2300
Cleveland, Ohio 44114-2378
Tel.: (216) 363-4500
dkrueger@beneschlaw.com

1693-625