Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
TYTO HERNANDEZ

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TYTO HERNANDEZ, | Case No.: 2:17-cv-2170-FMO (Ex) |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| USAA SAVINGS BANK; | |
| Defendant. | |

NOW COMES Plaintiff, TYTO HERNANDEZ, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: August 7, 2018　　　　　WESTGATE LAW

By:/s/ Matthew A. Rosenthal
　　Matthew A. Rosenthal
　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Maureen M. Michail
Daniels, Fine, Israel,
Schonbuch & Lebovits LLP
1801 Century Park East, 9th Fl
Los Angeles, CA 90067
michail@dfis-law.com

David M. Krueger
Benesch, Friedlander,
Coplan & Araonoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
dkrueger@beneschlaw.com

By:/s/ Matthew A. Rosenthal
　　Matthew A. Rosenthal